to Acquire Title by the City of New York to Lands, etc., Situated on the Northerly Side of Sutter Avenue between 90th and 91st Streets, Liberty Heights, Borough of Queens, Duly Selected as a Site for School Purposes According to Law.— Motion for payment of award granted. Submit order with consent of corporation counsel. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of THERESA LESHIN, Respondent, for the Appointment of a Referee, etc. MORRIS SCHNEIDER and PAULINE B. SCHNEIDER, Appellants.— Motion to amend record on appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Petition of JOHN FORD and MICHAEL A. FORD to Render and Settle Their Account as Executors, etc. JOHN FORD and MICHAEL A. FORD, as Executors of PATRICK J. MENAHAN, Deceased, Administrator of CATHERINE F. MENAHAN, Deceased, Appellants; WILLIAM DRENNAN, as Executor and Sole Legatee, etc., of MARY FRANCES MENAHAN DRENNAN, and FRANK V. KELLY, Public Administrator, etc., as Administrator de Bonis Non of CATHERINE F. MENAHAN, Deceased, Respondents.— Motion for leave to introduce record evidence on appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. KUNZEMAN, Appellant, for a Peremptory Mandamus Order against THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK and JAMES J. WALKER and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of EMMA S. STARBUCK, as Executrix of CHARLES A. STARBUCK, etc., Deceased. EMPIRE TRUST COMPANY, Appellant; EMMA S. STARBUCK, as Executrix, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of UNITED STATES MORTGAGE AND TRUST COMPANY, as Executor, etc., of EBENEZER SUGDEN, etc., Deceased; TRUSTEES OF THE MISSIONARY AND TRACT SOCIETY OF THE NEW CHURCH, LONDON, and the TRUSTEES OF THE SWEDENBORG SOCIETY, LONDON, Appellants; UNITED STATES MORTGAGE AND TRUST COMPANY, as Executor, etc., and MILDRED STREEVER SUGDEN, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

FREDERICK LOSCHE, Respondent, v. STANDARD RICE COMPANY OF NEW YORK, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

CLARA THERESA MATTHES, Respondent, v. EMIL AUGUST MATTHES, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JOHN J. O'SULLIVAN, Respondent, v. GENNARO CARDILLO, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion

for stay denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.